

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00245-CR

LAWRENCE EDWARD WATSON                                        APPELLANT

V.

THE STATE OF TEXAS                                                            STATE

----------

### FROM THE 213TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Lawrence Edward Watson filed a notice of appeal from his conviction for possession of between one and four grams of cocaine. The trial court's certification states that this "is a plea-bargain case, and the defendant has NO right of appeal." On May 31, 2012, we notified Watson that this appeal could be dismissed unless he or any party desiring to continue the appeal filed a response on or before June 11, 2012, showing grounds for continuing the

---

[1]*See* Tex. R. App. P. 47.4.

appeal. We have not received a response. Therefore, in accordance with the trial court's certification, we dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: June 28, 2012